PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

U.S.A. VS. JOHN DANIEL

Docket No. CR02-00680-RMT

## Petition on Probation and Supervised Release (Modification)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>JOHN DANIEL</u> who was placed on supervision by the Honorable <u>ROBERT M. TAKASUGI</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>31st</u> day of <u>March, 2003</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on John Daniel's criminal history, the Probation Officer supervising him in the Northern District of California has requested a modification of the conditions of supervision to include search and seizure.

Mr. Daniel and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** John Daniel, as a special condition of supervision, shall be subject to a search of his person, residence, vehicle, and any property under his control, to be conducted by a U.S. Probation Officer based upon reasonable suspicion of contraband or evidence of a violation of his conditions of supervision.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 19th day of March, 2007 and ordered filed and made a part of the records in the above case.  _____  Senior U. S. District Judge  ROBERT M. TAKASUGI | CORDALE JOHNSON  U. S. Probation Officer  Place: Inglewood, California  Approved: PAUL B. PARSONS  Supervising U.S. Probation Officer  Date: March 14, 2007 |